**Neil D. McFeeley, ISB #3564**
**EBERLE, BERLIN, KADING, TURNBOW**
**& McKLVEEN, CHARTERED**
1111 West Jefferson Street, Suite 530
P. O. Box 1368
Boise, ID 83701
Telephone:     (208) 344-8535
Facsimile:     (208) 344-8542
nmcfeeley@eberle.com

Attorneys for Defendant Costco Wholesale Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **STEPHANIE N. WEISMANN,**<br><br>                    Plaintiff,<br><br>-vs-<br><br>**COSTCO WHOLESALE**<br>**CORPORATION**, a Washington<br>corporation, and DOES I-X, unknown<br>parties,<br><br>                    Defendants. | Case No.<br><br>Ada County Case No. CV01-17-21040<br><br>**NOTICE OF REMOVAL FROM STATE**<br>**COURT** |

Defendant Costco Wholesale Corporation, a Washington corporation (hereinafter

"Defendant"), by and through its attorneys of record, and respectfully alleges as follows:

1.     This notice of removal is filed pursuant to 28 U.S.C. §§ 1331, 1446(a) and (b) for

the purpose of removing this action from the Fourth Judicial District of the State of Idaho, in and

for the County of Ada.

2.     On or about November 21, 2017, Defendant first received notice of this action.  A

true and correct copy of the entire state court record and the Register of Actions is attached hereto

**NOTICE OF REMOVAL FROM STATE COURT- 1**
14982-18/00679095.000

as **Exhibit A**. This action was brought in the Fourth Judicial District of the State of Idaho, in and

for the County of Ada, styled and captioned exactly as above, except for the inclusion of another

Defendant who was a resident of the State of Idaho, and assigned Case No. CV01-17-21040. No

other pleadings or papers have been filed in this action with the exception of a Notice of Removal

to Federal Court, a copy of which is attached as **Exhibit B**.

3.      Case No. CV01-17-21040 is a civil action in which Plaintiff seeks to recover against

Defendant for personal injuries sustained while exiting the Defendant location.

4.      Defendant is informed and believes, and the Complaint states, and Defendant on

that basis alleges, that Plaintiff is, and at all relevant times has been, a resident of the State of Idaho.

5.      The Defendant Costco Wholesale Corporation is a Washington corporation with its

principal place of business in Washington for the purposes of removal, and pursuant to 28 USC §

1332, the Defendant Costco Wholesale Corporation is not a citizen of the State of Idaho.

6.      The prior co-Defendant Mike Stark d/b/a Stark Sprinkling and Landscape was an

Idaho citizen, but by Order dated February 26, 2018, the State Court dismissed Mike Stark leaving

Costco Wholesale as the sole Defendant and creating complete diversity.

7.      The matter in controversy exceeds the sum or value of $75,000 exclusive of interest

and costs in that Plaintiff seeks damages in excess of $200,000, according to her demand letter, and

has asserted almost $32,000 in medical expenses plus lost wages, etc.

8.      Pursuant to 28 USC §1332 and 28 USC §144(a), this state court action may be

removed to federal district court, in that the amount in controversy exceeds $75,000, exclusive of

interest and costs, and there is now diversity of citizenship between Plaintiff and Defendant.

9.      Pursuant to 28 U.S.C. § 1446(a), (b) and (d), this state court action that was

commenced in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, may

**NOTICE OF REMOVAL FROM STATE COURT- 2**

be removed to the United States District Court for the District of Idaho.

10. Proper notice will be given this date to Plaintiff herein by and through her counsel of record, and to the clerk of the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, which will be filed with the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County. A true and correct copy of the Notice is attached hereto as **Exhibit B** and by this reference incorporated as if set forth in full.

11. As of this date, upon the information and belief of Defendant, two returns of service have been filed with the Fourth Judicial District Court, Ada County, Idaho.

WHEREFORE, Defendant prays that the above-entitled action pending against it in the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County, be removed to this Court.

DATED this 5th day of March, 2018.

EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED


By____/s/ Neil D. McFeeley_____
    Neil D. McFeeley, of the firm
    Attorneys for Defendant
        Costco Wholesale Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was electronically filed with the Fourth Judicial District County of Ada on the 5th day of March, 2018.  Notice will automatically be electronically mailed to the following individuals who are registered with the iCourt electronic filing system:

| | |
|---|---|
| Joseph C. Miller<br>MAUK MILLER, PLLC<br>515 S. 6th Street<br>Boise, ID  83702<br>*Attorneys for Plaintiffs* | Email:  office@idahojustice.com |

/s/ *Neil D. McFeeley*

Neil D. McFeeley



## Case Information

CV01-17-21040 | Stephanie Weismann Plaintiff, vs. Costco Wholesale
Corporation Defendant.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV01-17-21040 | Ada County District Court | Barton, Peter G |
| File Date | Case Type | Case Status |
| 11/10/2017 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

Plaintiff
Weismann, Stephanie

Active Attorneys ▾

Lead Attorney
Miller, Joseph C.
Retained

Defendant
Costco Wholesale Corporation

Active Attorneys ▾

Lead Attorney
McFeeley, Neil
Douglas
Retained

## Disposition Events

02/26/2018 Judgment ▾

**Judicial Officer**
Barton, Peter G

**Judgment Type**
Partial Judgment Ordered

Party
  Name:

## Events and Hearings

11/10/2017 Initiating Document - District

11/10/2017 Complaint For Personal Injury or Other Claims (Over $10,000)

11/10/2017 Summons Issued

11/10/2017 Summons Issued

11/10/2017 Summons ▾

11/10/2017 Summons ▾

11/27/2017 Affidavit of Service

11/29/2017 Affidavit of Service

11/29/2017 Answer

11/29/2017 Civil Case Information Sheet

12/08/2017 Civil Case Information Sheet

12/08/2017 Answer

12/11/2017 Notice

01/08/2018 Stipulation

01/09/2018 Notice

01/29/2018 Telephone Conference ▼

Judicial Officer
**Barton, Peter G**

Hearing Time
**04:15 PM**

Result
**Hearing Held**

01/31/2018 Scheduling Order

02/07/2018 Stipulation

02/20/2018 Notice of Service

02/26/2018 Order

01/14/2019 Pre-trial Conference ▼

Judicial Officer
**Barton, Peter G**

Hearing Time
**03:00 PM**

02/19/2019 Jury Trial ▼

Judicial Officer
**Barton, Peter G**

Hearing Time
**9:00 AM**

# Financial

Weismann, Stephanie

| | Total Financial Assessment | | | $221.00 |
| | Total Payments and Credits | | | $221.00 |

| 11/13/2017 | Transaction Assessment | | | $221.00 |
| 11/13/2017 | EFile Payment | Receipt # 121317-2017-R01 | Weismann, Stephanie | ($221.00) |

Costco Wholesale Corporation

| | Total Financial Assessment | | | $136.00 |
| | Total Payments and Credits | | | $136.00 |

| 12/8/2017 | Transaction Assessment | | | $136.00 |
| 12/8/2017 | EFile Payment | Receipt # 130753-2017-R01 | Costco Wholesale Corporation | ($136.00) |

D:\PrintImageBundler\Temp\798301\Originals\2017.11.10 ISSUED SUMMONS - COSTCO (1).PDF

Electronically Filed
11/10/2017 4:23 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Nichole Snell, Deputy Clerk

Joseph C. Miller
MAUK MILLER, PLLC
515 S. 6th St.
Boise, ID  83702
Tel:  (208) 287-8787
Fax:  (208) 287-8788
e-mail: office@idahojustice.com
ISBN: 7485

Counsel for Plaintiff                              Barton, Peter G

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE WEISMANN, ) | |
| ) | Case No. CV01-17-21040 |
| Plaintiff, ) | |
| ) | **SUMMONS** |
| v. ) | |
| ) | |
| COSTCO WHOLESALE ) | |
| CORPORATION, a Washington ) | |
| corporation doing business in Idaho ) | |
| and all of its affiliates, subsidiaries, ) | |
| agents and employees, ) | |
| MIKE STARK dba STARK | |
| SPRINKLER AND LANDSCAPE, | |
| an Idaho business and all of its | |
| affiliates, subsidiaries, agents and | |
| employees, | |
| and | |
| DOES I-X, unknown parties, | |
| Defendant. | |

NOTICE:  YOU HAVE BEEN NAMED AS A DEFENDANT IN A COMPLAINT BY THE
ABOVE NAMED PLAINTIFF.  THE COURT MAY ENTER JUDGMENT AGAINST YOU
WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY (20)
DAYS.  READ THE INFORMATION BELOW.

To:    **COSTCO WHOLESALE CORPORATION**

**SUMMONS – 1 of 2**

D:\PrintImageBundler\Temp\798301\Originals\2017.11.10 ISSUED SUMMONS - COSTCO (1).PDF

YOU ARE HEREBY NOTIFIED that in order to defend this Complaint, an appropriate written response must be filed with the above-designated court within twenty (20) days after service of this Summons on you.  If you fail to so respond, the court may enter judgment against you as demanded by Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons.  If you wish to seek advice from, or representation by, an attorney in this matter, you should do so promptly so that your response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with I.R.C.P. Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.   The title and number of this case.

2.   If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.   Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.   Proof of mailing or delivering a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

11/10/2017 4:23 PM

DATED this _____ day of November, 2017.

**CLERK OF THE DISTRICT COURT**

CHRISTOPHER D. RICH

By: _____

Deputy Clerk

**SUMMONS – 2 of 2**

Electronically Filed
11/10/2017 4:23 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Nichole Snell, Deputy Clerk

Joseph C. Miller
MAUK MILLER, PLLC
515 S. 6th St.
Boise, ID  83702
Tel:  (208) 287-8787
Fax:  (208) 287-8788
e-mail:  office@idahojustice.com
ISBN:  7485

Barton, Peter G

Counsel for Plaintiff

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE
# STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE WEISMANN,     ) | Case No. CV01-17-21040 |
| Plaintiff,     ) | |
| ) | **SUMMONS** |
| v.     ) | |
| ) | |
| COSTCO WHOLESALE     ) | |
| CORPORATION, a Washington     ) | |
| corporation doing business in Idaho     ) | |
| and all of its affiliates, subsidiaries,     ) | |
| agents and employees, | |
| MIKE STARK dba STARK | |
| SPRINKLER AND LANDSCAPE, | |
| an Idaho business and all of its | |
| affiliates, subsidiaries, agents and | |
| employees, | |
| and | |
| DOES I-X, unknown parties, | |
| Defendant. | |

NOTICE:  YOU HAVE BEEN NAMED AS A DEFENDANT IN A COMPLAINT BY THE
ABOVE NAMED PLAINTIFF.  THE COURT MAY ENTER JUDGMENT AGAINST YOU
WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY (20)
DAYS.  READ THE INFORMATION BELOW.

**To:    MARK STARK dba STARK SPRINKLER AND LANDSCAPE**

SUMMONS – 1 of 2

YOU ARE HEREBY NOTIFIED that in order to defend this Complaint, an appropriate written response must be filed with the above-designated court within twenty (20) days after service of this Summons on you.  If you fail to so respond, the court may enter judgment against you as demanded by Plaintiff in the Complaint.

A copy of the Complaint is served with this Summons.  If you wish to seek advice from, or representation by, an attorney in this matter, you should do so promptly so that your response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with I.R.C.P. Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.    The title and number of this case.

2.    If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.    Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.    Proof of mailing or delivering a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

11/10/2017 4:23 PM

DATED this _____ day of November, 2017.

**CLERK OF THE DISTRICT COURT**
CHRISTOPHER D. RICH

By: _____
Deputy Clerk

SUMMONS – 2 of 2

D:\PrintImageBundler\Temp\798301\Originals\2017.11.10 CONFORMED COMPLAINT - WEISMANN (2).PDF

Electronically Filed
11/10/2017 4:23 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Nichole Snell, Deputy Clerk

Joseph C. Miller
MAUK MILLER, PLLC
515 S. 6th St.
Boise, ID 83702
Tel:     (208) 287-8787
Fax:     (208) 287-8788
e-mail: office@idahojustice.com
ISBN:   7485

Attorney for Plaintiff

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE N. WEISMANN,<br><br>        Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation doing business in Idaho and all of its affiliates, subsidiaries, agents and employees,<br>MIKE STARK dba STARK SPRINKLER AND LANDSCAPE,<br>an Idaho business and all of its affiliates, subsidiaries, agents and employees,<br>and<br>DOES I-X, unknown parties,<br><br>        Defendants. | Case No. CV01-17-21040<br><br>**CIVIL COMPLAINT AND DEMAND FOR TRIAL**<br><br>Fee Category: A-A<br>Filing Fee:     $221.00 |

TO:     THE JUDGES OF THE DISTRICT COURT

COMES NOW Plaintiff STEPHANIE N. WEISMANN, by and through her attorney of record, Joseph C. Miller, of the firm Mauk Miller & Hawkins, PLLC, and complains and alleges as follows:

**CIVIL COMPLAINT AND DEMAND FOR TRIAL - 1 of 5**

D:\PrintImageBundler\Temp\798301\Originals\2017.11.10 CONFORMED COMPLAINT - WEISMANN (2).PDF

**NATURE OF CLAIM**

1.      This is an action for legal relief and monetary damages brought by Plaintiff against Defendants, entities doing business in Idaho.  Plaintiff seeks redress for the Defendants' negligent acts or omissions which caused injury and damages to Plaintiff.

**PARTIES**

2.      Plaintiff at all times relevant hereto was, and is now, an adult female citizen of the United States and a resident of the State of Idaho, residing in Boise, Ada County.

3.      At all times relevant hereto Defendant COSTCO WHOLESALE CORPORATION has been and is a corporation in good-standing doing business in Boise, Ada County, State of Idaho.

4.      At all times relevant hereto Defendant STARK SPRINKLER AND LANDSCAPE is a business entity in good-standing doing business in Boise, Ada County, State of Idaho.

5.      At all times relevant hereto, Defandant Stark Sprinkler and Landscape is wholly owned and operated by Defendant MIKE STARK, a resident of the State of Idaho, residing in Boise, Ada County.

6.      All wrongful acts and omissions attributable to the individuals named or referenced herein are imputable to and the legal responsibility of the Defendants under principles of agency, *respondeat superior*, and federal and state law authorizing imputation of such responsibility.

7.      The true names of Defendant Does I-X are unknown.  Each of the Doe Defendants is responsible in some manner for the acts and omissions alleged herein, and each is the agent and employee of the others and of Defendants Costco Wholesale Corporation and Stark Sprinkler and Landscape. Plaintiff will move the court to allow amendment of the complaint if and when they become known.

**JURISDICTION AND VENUE**

8.      The unlawful and negligent acts and omissions alleged herein were committed in this judicial district.

9.      This court has jurisdiction over this case because Defendants are alleged to

**CIVIL COMPLAINT AND DEMAND FOR TRIAL - 2 of 5**

have committed tortious acts within this state. *I.C. § 5-514.*

10.    Venue is proper in this court because Defendants operate in and do business in Ada County and to Plaintiff's knowledge and belief Defendant Mike Stark resides in Ada County. *I.C. § 5-404.*

11.    The monetary amount in controversy exceeds the minimum jurisdictional amount of the District Court. I.R.C.P. 9(g).

## STATEMENT OF FACTS

12.    On or about December 23, 2016, Plaintiff was shopping at the Costco wholesale store in Boise. After finishing her shopping, she headed to her car with her groceries. Given the amount of snow and ice in the parking lot, she was walking as carefully as she could, trying to find the areas that were the least icy and slippery. As she was walking on the sidewalk next to the handicapped parking stalls, she slipped and fell. The full weight of her body landed on her right leg and snapped both her fibula and tibia.

13.    As a paying patron and member of Costco, at all times relevant hereto Plaintiff gained the legal status of Invitee on Defendant Costco's property. *Tomich v. City of Pocatello*, 127 Idaho 394, 901 P.2d 501 (1995).

14.    Given Plaintiff's Invitee status, at all times relevant hereto Defendant Costco had a heightened duty of care to Plaintiff to keep its premises in a reasonably safe condition and to warn Plaintiff of hidden or concealed dangers like wet or icy concrete sidewalks. *Walton v. Potlatch Corp.*, 116 Idaho 892, 781 P.2d 229 (1989); *Morgan v. State Dept. of Public Works*, 124 Idaho 658, 664, 862 P.2d 1080, 1086 (1993). As the company hired by Costco to clean the sidewalks of ice and snow, Defendant Stark Sprinkler and Landscape shared this duty to Plaintiff.

15.    At all times relevant hereto, Defendants breached their duty of care to Plaintiff by failing to keep the sidewalks in front of the store free of ice and snow and by failing to notify Plaintiff and the other patrons of the potentially hazardous sidewalks, especially those next to the handicapped parking stalls.

16.    Defendants' breach of their duty of care to Plaintiff was the proximate cause of her fall and her resulting injuries.

**CIVIL COMPLAINT AND DEMAND FOR TRIAL - 3 of 5**

17.     Plaintiff was attempting to use sidewalk for the purpose for which it was built and intended and in the way it was intended to be used and was therefore neither comparatively negligent nor at fault for her fall in any way.  Further, as a paying patron and member of Costco, Plaintiff was entitled to a sidewalk in front the store that was free of hazards and danger, including ice and snow.

18.     By failing to keep the sidewalks free from snow and ice throughout the day, Defendants were in violation of Boise Municipal Code Section 9-08-07, which failure constitutes negligence *per se*.

19.     As a direct and proximate result of Defendants' negligence, Plaintiff suffered general and special damages in the fall, including physical injuries, pain and suffering caused by the physical injuries, anguish and grief caused by the physical injuries, present and future medical expenses, property damage, loss of present and future earnings, loss of the joys and pleasures of life, together with other general damages, all in an amount to be proven with specificity at trial.

20.     Defendants' negligent acts and omissions actually caused Plaintiff to suffer the general and special damages described in paragraph 20.  Such acts, omissions and damages are within the scope of Defendants' legal responsibility to Plaintiff.

## ATTORNEY FEES

Plaintiff has been required to retain the firm of Mauk Miller & Hawkins, PLLC to prosecute this action.  Pursuant to Idaho Code §§ 12-120 and 12-121 and I.R.C.P. 54(e), Plaintiff is entitled to an award of her attorney fees and costs incurred in bringing this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this court enter judgment in her favor and order that Defendants compensate Plaintiff in a dollar amount to be proven at trial for the following damages:

1.     For the reasonable value of Plaintiff's past, present and future special damages;

2.     For the reasonable value of Plaintiff's past, present and future general damages;

**CIVIL COMPLAINT AND DEMAND FOR TRIAL - 4 of 5**

3.    For Plaintiff's costs and reasonable attorneys' fees incurred herein; and

4.    For such other relief as the court may deem proper and just.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by a jury of twelve persons on each of the claims made in this complaint, pursuant to Rule 38, I.R.C.P.

DATED this 10th day of November, 2017.

MAUK MILLER, PLLC

Joseph C. Miller
Attorney for Plaintiff

**CIVIL COMPLAINT AND DEMAND FOR TRIAL - 5 of 5**

Electronically Filed
11/29/2017 12:06 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Lusina Heiskari, Deputy Clerk

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
## STATE OF IDAHO, COUNTY OF ADA

STEPHANIE WEISMANN

)  CASE NUMBER: CV01-17-21040
)
**vs**       **Plaintiff** )
COSTCO WHOLESALE CORPORATION, ET AL )  **AFFIDAVIT OF SERVICE**
)
)
**Defendant** )

STATE OF Idaho:

} ss:

COUNTY OF ADA

I, MICHELLE R. SHOBE, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Idaho.  That on 11/21/2017 at 10:25 AM at 2745 S VICTORY VIEW, STE B, BOISE, ID 83709, deponent served the within SUMMONS,  AND CIVIL COMPLAINT AND DEMAND FOR TRIAL on MIKE STARK DBA SPRINKLER & LANDSCAPE by delivering and leaving with MICHELLE LAMB, OFFICE MANAGER, WHO STATED THAT SHE WAS AUTHORIZED TO ACCEPT SERVICE,

| FEE DESCRIPTION | ITEM FEE |
|---|---|
| Service of Process - STARK DBA | $41.00 |
| Mileage | $9.50 |
| | $50.50 |

MICHELLE R. SHOBE
Attorney Service Bureau, Inc.
P.O. Box 191129
Boise, ID 83719-1129
(208) 362-4800

Subscribed and sworn to before me, a notary public, on this 27th day of November, 2017

Notary Public - Jay V Miller      My Commission Expires: 9/27/18

ID: 1702418

Electronically Filed
11/27/2017 1:52 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Charlotte Watson, Deputy Clerk

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
## STATE OF IDAHO, COUNTY OF ADA

| | | |
|---|---|---|
| STEPHANIE WEISMANN | ) | CASE NUMBER: CV01-17-21040 |
| | ) | |
| | ) | |
| **vs** | ) ***Plaintiff*** | **AFFIDAVIT OF SERVICE** |
| COSTCO WHOLESALE CORPORATION, ET AL | ) | |
| | ) | |
| | ) ***Defendant*** | |

STATE OF Idaho:

       } ss:

COUNTY OF ADA

I, MICHELLE R. SHOBE, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Idaho.  That on 11/21/2017 at 11:53 AM at CT CORPORATION SYSTEM, 921 S ORCHARD STREET, STE G, BOISE, ID 83705, deponent served the within SUMMONS,  AND CIVIL COMPLAINT AND DEMAND FOR TRIAL on COSTCO WHOLESALE CORPORATION by delivering and leaving with KRISTIE PERRY, REGISTERED AGENT,

| FEE DESCRIPTION | ITEM FEE |
|---|---|
| Service of Process - COSTCO | $41.00 |
| Mileage | $9.50 |
| ================ | |
| | $50.50 |

MICHELLE R. SHOBE
Attorney Service Bureau, Inc.
P.O. Box 191129
Boise, ID 83719-1129
(208) 362-4800

Subscribed and sworn to before me, a notary public, on this 22nd day of November, 2017

Notary Public - Jay V. Miller

My Commission Expires: 9/27/18

ID: 1702417

Electronically Filed
11/29/2017 12:18 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Lusina Heiskari, Deputy Clerk

John R. Goodell (ISB #2872)
RACINE OLSON NYE
& BUDGE, CHARTERED
RIVER RUN CENTER
600 E. Riverpark Lane, Suite 210
Boise, ID 83706
Telephone: 208-395-0011
Fax: 208-433-0167
Email: jrg@racinelaw.net

*Attorneys for the Defendant Mike Stark
dba Stark Sprinkler and Landscape*

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE WEISMANN,<br><br>                    Plaintiff,<br><br>      vs.<br><br>COSTCO WHOLESALE CORPORATION,<br>a Washington corporation doing business in<br>Idaho and all of its affiliates, subsidiaries,<br>agents and employees, MIKE STARK dba<br>STARK SPRINKLER AND LANDSCAPE,<br>an Idaho business and all of its affiliates,<br>subsidiaries, agents and employees, and<br>DOES I-X, unknown parties,<br><br>                    Defendants. | Case No.: CV01-17-21040<br><br>**DEFENDANT STARK'S ANSWER<br>AND DEMAND FOR JURY TRIAL**<br><br><br>Category I(1):  $136.00 |

COMES NOW Defendant MIKE STARK dba STARK SPRINKLER AND

LANDSCAPE ("Defendant Stark"), by and through counsel of record, and in response to the

Complaint, admits, denies, and alleges as follows:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted against this Defendant.

## SECOND DEFENSE

All allegations not specifically admitted herein are denied. Defendant responds the remaining allegations as follows:

1.      Answering paragraph 1 of the Complaint, no allegations are stated against this Defendant which require response. The extent this paragraph alleges this Defendant was negligent, such is denied.

2.      Answering paragraph 2 of the Complaint, this Defendant is without knowledge or information sufficient to form a belief as to the allegations stated therein, and for that reason denies the same.

3.      Answering paragraph 3 of the Complaint, no allegations are stated against this Defendant which require response.

4.      Answering paragraphs 4 and 5 of the Complaint, this Defendant admits the allegations stated therein.

5.      Answering paragraph 6 of the Complaint, this Defendant denies he/it is vicariously liable for alleged negligence, if any, of Defendant Costco Wholesale Corporation ("Costco"), and/or other third persons or entities.

6.      Answering paragraphs 7 and 8 of the Complaint, no allegations are stated against this Defendant which requires response.

7.      Answering paragraphs 9, 10, and 11, this Defendant admits that jurisdiction and venue are proper in this Court, and denies the remaining allegations.

8.      Answering paragraph 12 of the Complaint, this Defendant is without knowledge or information sufficient to form a belief as to the allegations stated therein, and for that reason denies the same.

9.      Answering paragraph 13 of the Complaint, no allegations are stated against this Defendant which require response.

10.     Answering paragraph 14 of the Complaint, the allegations directed against Defendant Costco require no response from this Defendant.  Similarly, said paragraph's citation of case law requires no response from this Defendant.  To the portion of this paragraph which alleges this Defendant was hired by Defendant Costco to "clean the sidewalks of ice and snow," and/or that there is any duty or alleged "shared duty" on the part of this Defendant therefor, said allegations are denied.

11.     Answering paragraphs 15, 16, 17, 18, 19, and 20, this Defendant denies the allegations stated therein.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff is barred from any recovery for damages against this Defendant which were directly and proximately caused solely by her own negligence.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is barred from any recovery against this Defendant because the negligence of third person(s) or entity (ies) for which this Defendant has no responsibility was the direct and proximate cause of any alleged damages sustained by Plaintiff; alternatively, any recovery against this Defendant must be reduced by the percentage of negligence attributable to any third person(s) or entity(ies), pursuant to the comparative negligence laws of the State of Idaho, I.C. § 6-801 *et seq.*

### THIRD AFFIRMATIVE DEFENSE

Plaintiff is barred from any recovery because the negligence of Plaintiff is greater than or equal to any arguable negligence of this Defendant, which was the direct and proximate cause of any alleged damages; alternatively, any recovery against this Defendant must be reduced by the percentage of negligence attributable to Plaintiff, pursuant to the comparative negligence laws of the State of Idaho, I.C. § 6-801 *et seq.*

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery against this Defendant for failure to mitigate damages.

### ATTORNEYS' FEES AND COSTS

This Defendant is entitled to recovery attorney fees and costs in defending this action , pursuant to §§ 12-121 and/or 12-123.

WHEREFORE, this Defendant prays for judgment as follows:

A.  That Plaintiff take nothing by reason of its Complaint and the same be dismissed with prejudice;

B.  For an award of cost incurred;

C.  For an award of reasonable attorney fees incurred;

D.  For such further relief as the Court deems just in the premises.

### DEMAND FOR JURY TRIAL

This Defendant hereby demands trial by a jury of twelve (12) persons on all issues so triable.

DATED this 29th day of November, 2017.

RACINE, OLSON, NYE &
BUDGE, CHARTERED


/s/ *John R. Goodell*
JOHN R. GOODELL
*Attorneys for Defendant A-1 Heating*
*& Air Conditioning, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 29th day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using iCourt system, which sent a Notice of Electronic Filing with a copy of this document to the following:

Joseph C. Miller
MAUK MILLER, PLLC
515 S. 6th St.
Boise, ID  83702

[  ] U.S. Mail, postage prepaid
[  ] Hand Delivery
[  ] Overnight Mail
[  ] Facsimile 208-287-8788
[X] Email joe@idahojustice.com


/s/ *John R. Goodell*
JOHN R. GOODELL

Electronically Filed
12/8/2017 9:54 AM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Lori Ferguson, Deputy Clerk

Neil D. McFeeley, ISB #3564
**EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED**
1111 West Jefferson Street, Suite 530
P. O. Box 1368
Boise, ID 83701
Telephone:     (208) 344-8535
Facsimile:     (208) 344-8542
nmcfeeley@eberle.com

Attorneys for Defendant Costco Wholesale Corporation

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| **STEPHANIE N. WEISMANN,** | |
| Plaintiff, | Case No.  CV01-17-21040 |
| -vs- | **DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |
| **COSTCO WHOLESALE CORPORATION**, a Washington corporation doing business in Idaho and all of its affiliates, subsidiaries, agents and employees, **MIKE STARK dba STARK SPRINKLER AND LANDSCAPE**, an Idaho business and all of its affilitates, subsidiaries, agents and employees, and DOES I-X, unknown parties, | |
| Defendants. | |

COMES  NOW  the  Defendant,  **COSTCO  WHOLESALE  CORPORATION,  a**

**Washington  corporation** (hereinafter "Costco"), by and through its attorneys of record, Eberle,

Berlin, Kading, Turnbow & McKlveen, Chartered, and Answers Plaintiff's Complaint and

Demand for Jury Trial ("Complaint"), as follows:

**DEFENDANT COSTCO WHOLESALE'S ANSWER TO
COMPLAINT  AND DEMAND FOR JURY TRIAL - 1**
14982-18/00667899.000

1.      Costco denies each and every allegation contained in the Complaint not specifically admitted herein.  Costco further reserves the right to amend this or any other answer or denial stated herein once it has had an opportunity to complete discovery regarding any of the claims and allegations contained in the Complaint.

2.      In response to Paragraph 1 of the Complaint, Costco admits that this is an action for relief and damages.

3.      In response to Paragraph 2 of the Complaint, Costco admits the allegations contained therein.

4.      In response to Paragraph 3 of the Complaint, admits the allegations contained therein.

5.      In response to Paragraph 4 of the Complaint, Costco is without sufficient knowledge or information on which to answer said allegations at the present time and therefore denies said allegations.

6.      In response to Paragraph 5 of the Complaint, Costco is without sufficient knowledge or information on which to answer said allegations at the present time and therefore denies said allegations.

7.      In response to Paragraph 6 of the Complaint, Costco denies the allegations contained therein.

8.      In response to Paragraph 7 of the Complaint, Costco denies the allegations contained therein.

9.      In response to Paragraph 8 of the Complaint, Costco denies that any unlawful negligent acts or omissions occurred, but admits the incident occurred in this judicial district.

10.    In response to Paragraph 9 of the Complaint, Costco admits the allegations contained therein.

11.    In response to Paragraph 10 of the Complaint, Costco admits the allegations contained therein.

12.    In response to Paragraph 11 of the Complaint, Costco is without sufficient knowledge or information on which to answer said allegations at the present time and therefore denies said allegations.

13.    In response to Paragraph 12 of the Complaint, Costco is without sufficient knowledge or information on which to answer said allegations at the present time and therefore denies said allegations.

14.    In response to Paragraph 13 of the Complaint, this paragraph asserts a legal conclusion and, accordingly, no response is necessary.

15.    In response to Paragraph 14 of the Complaint, this paragraph asserts a legal conclusion and, accordingly, no response is necessary.

16.    In response to Paragraph 15, 16, 17, 18, 19 and 20 of the Complaint, Costco denies the allegations contained therein.

**<u>AFFIRMATIVE DEFENSES</u>**

**<u>FIRST AFFIRMATIVE DEFENSE</u>**

17.    By pleading certain defenses as "affirmative defenses," Costco does so for the purpose of completeness and does not intend to suggest that it has the burden of proof for any such defense.

**DEFENDANT COSTCO WHOLESALE'S ANSWER TO**
**COMPLAINT AND DEMAND FOR JURY TRIAL - 3**
14982-18/00667899.000

## SECOND AFFIRMATIVE DEFENSE

18.     Plaintiff's Complaint fails to state a claim upon which relief can be granted and the Complaint therefore should be dismissed.

## THIRD AFFIRMATIVE DEFENSE

19.     The injuries and damages of which Plaintiff complains were proximately caused or contributed to by her own negligence, which negligence was as great as or greater than any negligence on the part of Costco and, in any event, the negligence of all persons contributing to said accident must by law be compared.  In making this affirmative defense, Costco specifically denies any negligence on its part.

## FOURTH AFFIRMATIVE DEFENSE

20.     The injuries and damages, if any, of which Plaintiff complains were proximately caused or contributed to by the negligence or other legal fault on the part of third persons for whom Costco is not responsible and over whom Costco had no control and, in any event, the negligence or other legal fault of all persons contributing to said accident must by law be compared.  In making this affirmative defense, Costco specifically denies any negligence on their part.

## FIFTH AFFIRMATIVE DEFENSE

21.     Plaintiff is barred from recovery of any damages because of her failure to mitigate damages.

## SIXTH AFFIRMATIVE DEFENSE

22.     Plaintiff should be denied all or part of the relief she seeks for the reason Plaintiff failed to take proper and adequate protective and preventive measures to prevent or minimize the injuries complained of in her Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

23.   Plaintiff should be denied all or part of the relief she seeks by way of his Complaint for the reason that Plaintiff lacks standing to bring this action

## EIGHTH AFFIRMATIVE DEFENSE

24.   At the present time and with the present state of discovery, Costco is not able to fully state, in complete detail, all the affirmative defenses that may exist with respect to Plaintiff's Complaint.   Therefore, Costco asserts the affirmative defenses which are presently known to it, but is specifically and expressly reserving the right to assert additional affirmative defenses, once discovery in this matter proceeds.

## CLAIM FOR ATTORNEY FEES

25.   That by reason of the Complaint filed herein, Costco has incurred and will be required to incur attorneys' fees in the defense of said action and for that purpose has retained the firm of Eberle, Berlin, Kading, Turnbow & McKlveen, Chartered, and has agreed to pay said attorneys a reasonable fee, which Costco is entitled to recover from Plaintiff under the applicable provisions of Idaho law, particularly Idaho Code § § 12-120 and 12-121.

WHEREFORE, Costco prays that judgment be entered as follows:

1.   That Plaintiff's Complaint be dismissed with prejudice and that Plaintiff take nothing thereby;

2.   For Costco's reasonable attorneys' fees incurred herein;

3.   For Costco's costs incurred herein; and

4.   For such other and further relief as the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

Pursuant to Idaho Rule of Civil Procedure 38, Defendants respectfully demand a trial by jury.

DATED this 8<u>th</u> day of December, 2017.

EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED

By _____/s/ Neil D. McFeeley_____
    Neil D. McFeeley, of the firm
    Attorneys for Defendant
    Costco Wholesale Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was electronically filed with the Fourth Judicial District County of Ada on the 8<u>th</u> day of December , 2017.  Notice will automatically be electronically mailed to the following individuals who are registered with the iCourt electronic filing system:

| | |
|---|---|
| Joseph C. Miller<br>MAUK MILLER, PLLC<br>515 S. 6<u>th</u> Street<br>Boise, ID  83702<br>*Attorneys for Plaintiffs* | Email: office@idahojustice.com |
| John Goodell<br>RACINE LAW<br>600 E. Riverpark Lane, Suite 210<br>Boise, ID  83706 | Email: jrg@racinelaw.net |

_____/s/Neil D. McFeeley_____
Neil D. McFeeley

**DEFENDANT COSTCO WHOLESALE'S ANSWER TO**
**COMPLAINT  AND DEMAND FOR JURY TRIAL - 6**
14982-18/00667899.000

Signed 12/11/2017 12:06 PM

FILED By: _____ Deputy Clerk
Fourth Judicial District, Ada County
CHRISTOPHER D. RICH, Clerk

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE N. WEISMANN,<br>    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br>a Washington corporation doing business<br>in Idaho and all of its affiliates,<br>subsidiaries, agents and employees, MIKE<br>STARK dba STARK SPRINKLER AND<br>LANDSCAPE, an Idaho business and off<br>of its affiliates, subsidiaries, agents and<br>employees,<br>    Defendants. | Case No. CV 0117-21040<br><br>NOTICE OF SCHEDULING<br>CONFERENCE UNDER I.R.C.P. 16(a)<br>and 16(b) |

The Court has determined that this matter is appropriate for a scheduling order under I.R.C.P. 16(b).

YOU ARE HEREBY NOTIFIED a **telephonic** scheduling conference is hereby set for **January 16, 2018** at **4:00 p.m**. before the Honorable Peter G. Barton.  A scheduling order under I.R.C.P. 16(b) may issue following this conference.  **The Court will initiate the call**.

All parties must appear at this time in person or by counsel.  Counsel must be the handling attorney, or be fully familiar with the case, and have authority to bind his/her client and law firm on all matters set forth in I.R.C.P. 16(a) and 16(b).

Dated _____ 12/11/17

Christopher D Rich
Clerk of the District Court

By: _____
Inga Johnson
Deputy Court Clerk

**CERTIFICATE OF MAILING**

I hereby certify that on ___12/11/17_____ I mailed (served) a true and correct copy of

the within instrument to:

Neil McFeeley. A:                             Joseph Miller, Attorney at Law
nmcfeeley@everle.com                 office@idahojustice.com

John Goddell, Attorney at Law
jrg@racinelaw.net

                                          Christopher D Rich
                                          Clerk of the District Court

                                          By: _____
                                             Inga Johnson
                                             Deputy Court Clerk

Joseph C. Miller
MAUK MILLER, PLLC
515 S. 6th St.
Boise, ID  83702
Tel:  (208) 287-8787
Fax:  (208) 287-8788
e-mail:  office@idahojustice.com
ISBN: 7485

Counsel for Plaintiff

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE
## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE WEISMANN,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE<br>CORPORATION, a Washington<br>corporation doing business in Idaho<br>and all of its affiliates, subsidiaries,<br>agents and employees,<br>MIKE STARK dba STARK SPRINKLER<br>AND LANDSCAPE,<br>an Idaho business and all of its<br>affiliates, subsidiaries, agents and<br>employees,<br>and<br>DOES I-X, unknown parties,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV01-17-21040<br><br>**STIPULATED MOTION TO<br>CONTINUE SCHEDULING<br>CONFERENCE** |

TO:   DISTRICT JUDGE PETER G. BARTON

COMES NOW the Plaintiff, STEPHANIE WEISMANN, by and through counsel, and affirms that the parties have stipulated to move the court to continue the scheduling conference currently scheduled in this matter for Tuesday, January 16, 2017, at 4:00 p.m.,

**STIPULATED MOTION TO CONTINUE SCHEDULING CONFERENCE – 1 of 3**

due to a conflict with Plaintiff's counsel's calendar.  Plaintiff's counsel is scheduled to be in jury trial in Boise County that day.

DATED this 4th day of January, 2018.

MAUK MILLER, PLLC

_____
Joseph C. Miller
Counsel for Plaintiff

EBERLE BERLIN

_____
Neil D. McFeeley
Bradley D. VandenDries
Counsel for Defendant Costco Wholesale


RACINE OLSON

_____
John Goodell
Counsel for Defendant, Stark Sprinkler & Landscape

STIPULATED MOTION TO CONTINUE SCHEDULING CONFERENCE – 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4ᵗʰ day of January, 2018, I served a true and correct copy of the foregoing document by delivering the same to the following persons, by the method indicated below, pursuant to I.R.C.P.5(f):

Neil D. McFeeley
Bradley D. VandenDries
Eberle Berlin
P.O. Box 1368
Boise, ID 83701-1368
F: 208-344-8542
E-mail: nmcfeeley@eberle.com
E-mail: bvandendries@eberle.com

[  ] U.S. Mail, postage prepaid
[  ] Hand-Delivered
[  ] Facsimile
[ X ]        e-mail
[ X ] iCourt e-file system

John Goodell
Racine Olson
600 E. Riverpark Lane, Suite 210
Boise, ID 83706
F: 208-433-0167
E-mail: jrg@racinelaw.net

[  ] U.S. Mail, postage prepaid
[  ] Hand-Delivered
[  ] Facsimile
[ X ]        e-mail
[ X ] iCourt e-file system

Joseph C. Miller

Signed: 1/9/2018 04:00 PM

FILED By: _____ Deputy Clerk
Fourth Judicial District, Ada County
CHRISTOPHER D. RICH, Clerk

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE N. WEISMANN,<br>        Plaintiff, | CASE NO. CV0117-21040 |
| vs. | NOTICE OF RESETTING OF<br>TELEPHONIC STATUS<br>CONFERENCE |
| COSTCO WHOLESALE<br>CORPORATION, et al,<br>        Defendant, | |

You are hereby notified that the **Telephonic Status Conference**, currently scheduled for Jan. 16, 2018, is hereby **vacated** by the Court and **reset** to **January 29, 2018 at 4:15 p.m.**.

Dated: <u>Jan. 9, 2018</u>

Christopher D. Rich
Clerk of the District Court



Inga Johnson, Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY That on <u>1/9/18</u>, I caused a true and correct copy of the above and foregoing instrument to be mailed/emailed to:

Neil McFeeley, Attorney at Law
nmcfeeley@eberle.com

Joseph Miller, Attorney at Law
office@idahojustice.com

John Goodell, Attorney at Law
jrg@racinelaw.net

Christopher D. Rich

By: _____
Inga Johnson
Deputy Clerk



Notice of Resetting of Hearing

FILED By: _____ Deputy Clerk
Fourth Judicial District, Ada County
CHRISTOPHER D. RICH, Clerk
Signed: 1/31/2018 11:06 AM

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

STEPHANIE N. WEISMANN,
    Plaintiff,

v.

COSTCO WHOLESALE
CORPORATION, a Washington
corporation doing business in Idaho
and all of its affiliates, subsidiaries,
agents and employees, MIKE STARK
dba STARK SPRINKLER AND
LANDSCAPE, an Idaho business and
all of its affiliates, subsidiaries, agents
and employees,
    Defendants.

Case No. CV01-17-21040

ORDER GOVERNING
PROCEEDINGS AND SETTING TRIAL

    Upon a scheduling conference held pursuant to notice, and this Court being

advised, it is hereby ordered that:

1. The 3-day jury trial of this action shall commence before this Court on **February 19,**

**2019** at **9 a.m.**  The attorneys and parties shall be present at 8:30 a.m. on the first day

of trial and 8:50 a.m. on any subsequent days.  Trial shall run until 2:30 p.m. on

Mondays, Tuesdays, Wednesdays, and Thursdays (though Wednesday trial-days may

be shortened to end at 12:30 p.m.).

2. Pursuant to Idaho Rule of Civil Procedure 40(d)(1)(G), an alternate judge may be

assigned to preside over the trial.  The following is a list of potential alternate judges:

| | |
|---|---|
| Hon. Cheri Copsey | Hon. Gerald Schroeder |
| Hon. G.D. Carey | Hon. Kathryn Sticklen |
| Hon. Michael McLaughlin | Hon. Darla Williamson |
| Hon. Ranae Hoff | Hon. Ronald J. Wilper |
| Hon. Duff McKee | **Any Sitting District Judge** |
| Hon. Thomas Neville | |

Unless a party has previously exercised their right to disqualification without cause under Idaho Rule of Civil Procedure 40(d)(1), each party shall have the right to file one motion for disqualification without cause as to any alternate judge not later than ten days after service of this written notice listing the alternate judge.

3. A pre-trial conference shall be held **January 14, 2019** at **3:00 p.m.**  All parties must be represented at the pre-trial conference.  The attorney present must be the handling attorney, or be fully familiar with the case, and have authority to bind the client and law firm to all matters within Idaho Rule of Civil Procedure 16.  In addition to the requirements of Idaho Rule of Civil Procedure 16(c), by **January 11, 2019**, each party shall be required to serve on all other parties and file with this Court a complete list of exhibits and witnesses in accordance with Idaho Rule of Civil Procedure 16(h).  All requested jury instructions shall also be filed by **January 11, 2019**.  It is sufficient for the parties to identify unmodified pattern instructions by number.

4. All discovery must be initiated so that the responding party's discovery response consistent with the timing in the Idaho Rules of Civil Procedure would be completed by **October 1, 2018;** provided, however, that motions to compel and motions for sanctions will not be untimely if filed and noticed before such deadline and heard within 25 days of the deadline.

5. All dispositive motions shall be filed so that the hearing will be noticed to take place no any later than **December 10, 2018**.

ORDER GOVERNING PROCEEDINGS AND SETTING TRIAL – page 2 of 4

6. All other pre-trial motions, including motions in limine, shall be filed by **January 7, 2019**.

7. The last day to file amendments shall be **April 30, 2018**.

8. All exhibits must be submitted at the time of trial. All exhibits shall be pre-marked, **including the case number.**  Plaintiff shall use numbers, and Defendant to use letters, although Defendant may use numbers starting at 1001 if Defendant has a large number of exhibits.

9. Plaintiff's disclosure of expert witnesses information pursuant to Idaho Rule of Civil Procedure 26(b)(4) shall be fully disclosed by **June 27, 2018**.  This is also the last day to file any motions to amend for punitive damages.  Defendant's disclosure of expert witnesses information pursuant to Idaho Rule of Civil Procedure 26(b)(4) shall be fully be disclosed by **July 27, 2018**.  Rebuttal expert witnesses shall be fully disclosed by **August 27, 2018**.

10. Juror names will be picked at random by the AS400 computer program the business day before the trial starts.

IT IS SO ORDERED.

DATED _Signed: 1/31/2018 09:49 AM_ _____

PETER G. BARTON
District Judge

## CERTIFICATE OF MAILING

I hereby certify that on ___1/31/18_____ I emailed (served) a true and correct

copy of the within instrument to:

Neil McFeeley, Attorney at Law
nmcfeeley@eberle.com

John Goodell, Attorney at Law
jrg@racinelaw.net

Joe Miller, Attorney at Law
joe@idahojustice.com


Christopher D Rich
Clerk of the District Court

By _____
    Inga Johnson
    Deputy Court Clerk

Electronically Filed
2/7/2018 12:07 PM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Lusina Heiskari, Deputy Clerk

Joseph C. Miller
MAUK MILLER, PLLC
515 S. 6th St.
Boise, ID 83702
Tel: (208) 287-8787
Fax: (208) 287-8788
e-mail: office@idahojustice.com
ISBN: 7485

Counsel for Plaintiff

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE WEISMANN,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE<br>CORPORATION, a Washington<br>corporation doing business in Idaho<br>and all of its affiliates, subsidiaries,<br>agents and employees,<br>MIKE STARK dba STARK SPRINKLER<br>AND LANDSCAPE,<br>an Idaho business and all of its<br>affiliates, subsidiaries, agents and<br>employees,<br>and<br>DOES I-X, unknown parties,<br>    Defendant. | Case No. CV01-17-21040<br><br>**STIPULATED MOTION TO<br>DISMISS WITH PREJUDICE** |

COMES NOW the Plaintiff, STEPHANIE WEISMANN, by and through counsel, and affirms that the parties have stipulated to move the court for its order dismissing with prejudice the complaint against Defendant MIKE STARK dba STARK SPRINKLER AND LANDSCAPE.

**STIPULATED MOTION TO DISMISS WITH PREJUDICE – 1 of 3**

This motion is based on correspondence between the parties that establishes that Defendant MIKE STARK dba STARK SPRINKLER AND LANDSCAPE was not liable for any of the claims in Plaintiff's complaint and assures that Defendant COSTCO WHOLESALE CORPORATION will not point to Defendant Stark as having any responsibility or liability for Plaintiff's claims after dismissal.   Copies of this correspondence are attached hereto as exhibits A through D.

DATED this _____ day of February, 2018.


MAUK MILLER, PLLC

_____
Joseph C. Miller
Counsel for Plaintiff


EBERLE BERLIN

_____
Neil D. McFeeley
Bradley D. VandenDries
Counsel for Defendant Costco Wholesale


RACINE OLSON

_____
John Goodell
Counsel for Defendant Stark Sprinkler & Landscape

This motion is based on correspondence between the parties that establishes that Defendant MIKE STARK dba STARK SPRINKLER AND LANDSCAPE was not liable for any of the claims in Plaintiff's complaint and assures that Defendant COSTCO WHOLESALE CORPORATION will not point to Defendant Stark as having any responsibility or liability for Plaintiff's claims after dismissal.   Copies of this correspondence are attached hereto as exhibits A through D.

DATED this ____7th____ day of February, 2018.


**MAUK MILLER, PLLC**                                  **EBERLE BERLIN**


_____                       _____
Joseph C. Miller                                       Neil D. McFeeley
Counsel for Plaintiff                                  Bradley D. VandenDries
                                                       Counsel for Defendant Costco Wholesale



                                                       **RACINE OLSON**


                                                       _____
                                                       John Goodell
                                                       Counsel for Defendant Stark Sprinkler &
                                                       Landscape


STIPULATED MOTION TO DISMISS WITH PREJUDICE – 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____1_____ day of February, 2018, I served a true and correct copy of the foregoing document by delivering the same to the following persons, by the method indicated below, pursuant to I.R.C.P.5(f):

Neil D. McFeeley                          [  ] U.S. Mail, postage prepaid
Bradley D. VandenDries                    [  ] Hand-Delivered
Eberle Berlin                             [  ] Facsimile
P.O. Box 1368                             [  ] e-mail
Boise, ID  83701-1368                     [x] iCourt e-file system
F:  208-344-8542
E-mail:  nmcfeeley@eberle.com
E-mail:  bvandendries@eberle.com


John Goodell                              [  ] U.S. Mail, postage prepaid
Racine Olson                              [  ] Hand-Delivered
600 E. Riverpark Lane, Suite 210          [  ] Facsimile
Boise, ID  83706                          [  ] e-mail
F:  208-433-0167                          [x] iCourt e-file system
E-mail:  jrg@racinelaw.net

Shelly R. Miller

# EXHIBIT A

**Joseph Miller**

| | |
|---|---|
| **From:** | John Goodell <jrg@racinelaw.net> |
| **Sent:** | Thursday, January 25, 2018 1:23 PM |
| **To:** | Joseph Miller; Neil McFeeley |
| **Subject:** | FW: Weismann photos taken by Goodell |
| **Attachments:** | EXHIBITS - Stark-Costo Contract & Job Removal Report 12.23.16.pdf |

**Importance:**          High

Joe and Neil,
I trust you received my email below re voluntary dismissal with prejudice request.  I neglected to put a time frame or deadline on any response.  Technically, I suppose the request is directed to Plaintiff who filed the suit against Stark, not Costco.  Thus I would request Plaintiff respond by Tuesday 1/30/18 by 5 pm, which seems like a reasonable time.  If I don't hear from you, then I will assume it is necessary to file a MSJ and proceed.  If Plaintiff agrees, I assume Costco has no position or does not oppose, but perhaps Neil can also confirm after Plaintiff's response is made if appropriate.
Thanks,
John

## John R. Goodell
Partner



**River Run Center**
600 E. Riverpark Lane, Suite 210
Boise, Idaho 83706
O: (208)395-0011          F: (208) 433-0167
D: (208) 478-3487          E: jrg@racinelaw.net
C: (208) 406-4493          www.racinelaw.net

**CONFIDENTIALITY NOTICE** - This email and its attachments may contain information that is confidential, privileged, or otherwise protected from disclosure. If you believe this email may have been sent to you in error, please notify the sender immediately.

**From:** John Goodell
**Sent:** Tuesday, January 23, 2018 10:17 AM
**To:** 'Joseph Miller' <joe@idahojustice.com>; Neil McFeeley <nmcfeeley@eberle.com>
**Subject:** FW: Weismann photos taken by Goodell
**Importance:** High

Dear Joe and Neil,
Thank you for your cooperation in arranging the recent site inspection with Plaintiff to identify the significant exact location of her fall accident which is the subject of this suit.

As requested, please find the 2 photos of Plaintiff taken on our site inspection on 1/19/18 identifying the location of her fall accident on the SIDEWALK at the Costco store in Boise, not on the DRIVEWAY.

Also attached is a copy of the 2016-2017 contract between Costco-Stark, which clearly limits Stark's snow removal scope of plowing and de-icing to PARKING LOT only as only circled options, and specifically omits SIDEWALKS as an option which are not circled.

These undisputed facts evidence Costco retained exclusive control and responsibility of snow removal maintenance of sidewalks, and did not hire or pay Stark to perform such work. **Therefore Stark owed no legal duty to Plaintiff as a matter of law.**

Accordingly, this respectfully requests Plaintiff agree to voluntarily dismiss with prejudice Defendant Stark from the pending suit. If you concur, I would be pleased to prepare and stipulation and judgment to this effect and supply for all counsel to sign without delay.

Absent such voluntary dismissal, Defendant Stark will file a motion for summary judgment seeking the same relief, plus attorney fees and costs incurred which a voluntary dismissal will avoid.

Please advise.  Thank you.

Regards,
John

## John R. Goodell
Partner

☒

**River Run Center**
600 E. Riverpark Lane, Suite 210
Boise, Idaho 83706
O: (208)395-0011          F: (208) 433-0167
D: (208) 478-3487        E: jrg@racinelaw.net
C: (208) 406-4493        www.racinelaw.net

**CONFIDENTIALITY NOTICE** - This email and its attachments may contain information that is confidential, privileged, or otherwise protected from disclosure. If you believe this email may have been sent to you in error, please notify the sender immediately.

**From:** John Goodell [mailto:johnrgoodell@gmail.com]
**Sent:** Tuesday, January 23, 2018 9:48 AM
**To:** John Goodell <jrg@racinelaw.net>
**Subject:** Weismann photos taken by Goodell





Sent from my iPhone

---

**Total Control Panel**                                                      Login

To: joe@idahojustice.com              Remove this sender from my allow list
From: jrg@racinelaw.net

*You received this message because the sender is on your allow list.*

# EXHIBIT B

*COSTCO*
*. BOISE*

# STARK LANDSCAPE
## Snow and Ice Control Services
### Winter 2016 - 2017

Dear Customer:

Stark Landscape will be offering snow and ice control services to our clients again this winter.  Due to the timing and coordination needed to provide effective service, we will only be able to service a limited number of projects, and pre-arrangement is required.

Services available include sidewalk shoveling, de-icing, and parking lot plowing.

Stark Landscape will apply commercially available de-icing products as directed by the client and will apply such products in accordance with product label instructions.  Although the products may be designed to minimize harm, repeated freezing and thawing cycles can damage concrete surfaces.  Stark Landscape will accept no responsibility for the performance of such de-icing products or for damage or deterioration of concrete surfaces resulting from their use.

Stark Landscape will perform its work with reasonable care and in a workmanlike manner as directed by the client.  We do not warrant or represent that the performance of snow and ice control services will result in hazard-free or safe conditions. Stark Landscape disclaims any responsibility for identifying or evaluating hazards or dangerous conditions existing at the client's property or for warning or protecting others from such hazards or dangerous conditions, and we disclaim liability arising from any failure to discover, to warn, or to protect others from such hazards or dangerous conditions.

| | |
|---|---|
| **SIDEWALK SHOVELING:** | $55/man hour |
| **DE-ICING SIDEWALKS** | $55/man hour, plus $.55/lb granular de-Icer |
| **PARKING LOT DE-ICING** | $3.55 per gal (liquid) |
| **TRUCK PLOWING:** | $100/hour |

Our crews will be on-call 24 hours a day (excluding holidays).  To provide a timely response, pre-arrangement of these services is required.

If you are interested in these services, please fill out the order form below and return by fax.

| . Phone | Fax |
|---|---|
| (208) 484-2769 | (208) 887-1808 |

Project(s): _COSTCO — BOISE (IDAHO)_

**Services desired:**

Sidewalk Shoveling        Sidewalk De-Icing        (XParking Lot De-Icing)        (XParking Lot Plowing)

**Details of portions of site(s) to service:** _____

_De-ice / Plow All drives & Entrances ; handicap & parking spaces when they become Accessible_

**Please choose one of the following options:**

(X Automatic Deployment (fastest response)*)        Requires Confirmation (prior to crew deployment)

Contact _____        Phone # _____

\* We will automatically deploy for snow removal at a 1" snow depth and will automatically deploy for sidewalk de-icing during freezing ice events or during any snow events.

*As an authorized representative of the above-mentioned property, I have read and agreed to the above stated conditions and pricing.*

**Signature** _____

**Printed Name** _____        **Date** _____

# Snow Removal Job Report

Job Name: _Costco – Boise_     Date: _12/23/2016_

Time In: _4:30_   (AM) PM     Time Out: _5:30_   AM (PM)

Contacted/Called by: _____

| | | | |
|---|---|---|---|
| **Hand Shoveling** Hours | | _____ Hrs | |

**Weather Conditions:**

| | | |
|---|---|---|
| **Sidewalk De-Icing** Hours | | _____ Hrs |
| **Bags of Icemelt** | | _____ Bags |

Snow falling all
Day (Starting ≈ 6 am)

| | | |
|---|---|---|
| **Parking Lot De-Icing** Hours | _6.5_ | Hrs |
| **Gallons of Liquid Icemelt** | _2400_ | Gallons |
| **Bags of Granular Ice Melt** | | Bags |

| | | |
|---|---|---|
| **Parking Lot Plowing** Hours | _4.5_ | Hrs |

**Estimated Amount of Snow:**

_5"_ + Daily Total

| | | |
|---|---|---|
| **Skidsteer Plowing** Hours | | Hrs |

| | | |
|---|---|---|
| **Total Hours for ALL Services:** | _11:00_ | HRS |

<=== These Hours MUST add up to the "Total Crew Hours" at bottom

Description: _4:30am – 9:00am = Pretreat of driving lanes w/ icemelt_
_11:00am – 5:30pm = 2 hrs Deicing; 4.5 hrs plowing snow_

## Crew Member's Names & Times:

| Name | Time In: | Time Out: | Total Hours: |
|---|---|---|---|
| CHAD | 4:30 am | 9:00 am | 4:30 |
| CHAD | 11:00 am | 5:30 pm | 6:30 |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| **TOTAL CREW HOURS:** | _11:00_ | HRS |

# EXHIBIT C

# Joseph Miller

| | |
|---|---|
| **From:** | John Goodell <jrg@racinelaw.net> |
| **Sent:** | Friday, January 26, 2018 3:57 PM |
| **To:** | Joseph Miller |
| **Cc:** | Neil McFeeley; Shelly Miller |
| **Subject:** | Re: Weismann photos taken by Goodell |

Neil?
Do you have copy signed contract or can you affirm it please?
Thanks.
John

Sent from my iPhone

On Jan 26, 2018, at 11:38 AM, Joseph Miller <joe@idahojustice.com> wrote:

> John:
>
> Sorry for the delay.  Yes, I received the contract between Stark and Costco and I would agree, a contract
> between them that specifically excluded the sidewalks (where the fall clearly happened) would get Stark
> off the hook.  The problem I see here is that, unless I overlooked something, this contract is not signed
> by anyone from Costco.  So while sidewalks are apparently excluded, I don't know if someone from Stark
> filled that out pre-emptively, pending Costco approval, or if someone from Costco filed it out and
> neglected the signature.  Either way, I think it's premature to dismiss as to Stark until we know for sure
> Costco signed a contract excluding sidewalks.  If we have that, then yes, we'll dismiss as to Stark.  Maybe
> Neil wants to weigh in on this?
>
> Sincerely,
> Joseph C. Miller
> **MAUK MILLER, PLLC**
> 515 S. 6th St.
> P.O. Box 1743
> Boise, ID  83701-1743
> T | 208-287-8787
> F | 208-287-8788
> E | joe@idahojustice.com
> *Excellence is a Habit*
>
> ***CONFIDENTIALITY NOTICE: *** This e-mail is intended only for the personal and confidential use of the individual(s) named as recipients and
> is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  It may contain information that is privileged, confidential
> and/or protected from disclosure under applicable law including, but not limited to, the attorney client privilege and/or work product doctrine.  If
> you are not the intended recipient of this transmission, please notify the sender immediately by telephone.  Do not deliver, distribute or copy this
> transmission, disclose its contents or take any action in reliance on the information it contains.
>
> **From:** John Goodell [mailto:jrg@racinelaw.net]
> **Sent:** Thursday, January 25, 2018 1:23 PM
> **To:** Joseph Miller <joe@idahojustice.com>; Neil McFeeley <nmcfeeley@eberle.com>
> **Subject:** FW: Weismann photos taken by Goodell
> **Importance:** High
>
> Joe and Neil,

I trust you received my email below re voluntary dismissal with prejudice request. I neglected to put a time frame or deadline on any response. Technically, I suppose the request is directed to Plaintiff who filed the suit against Stark, not Costco. Thus I would request Plaintiff respond by Tuesday 1/30/18 by 5 pm, which seems like a reasonable time. If I don't hear from you, then I will assume it is necessary to file a MSJ and proceed. If Plaintiff agrees, I assume Costco has no position or does not oppose, but perhaps Neil can also confirm after Plaintiff's response is made if appropriate.
Thanks,
John

## John R. Goodell
Partner



**River Run Center**
600 E. Riverpark Lane, Suite 210
Boise, Idaho 83706
O: (208)395-0011       F: (208) 433-0167
D: (208) 478-3487      E: jrg@racinelaw.net
C: (208) 406-4493      www.racinelaw.net

**CONFIDENTIALITY NOTICE** - This email and its attachments may contain information that is confidential, privileged, or otherwise protected from disclosure. If you believe this email may have been sent to you in error, please notify the sender immediately.

**From:** John Goodell
**Sent:** Tuesday, January 23, 2018 10:17 AM
**To:** 'Joseph Miller' <joe@idahojustice.com>; Neil McFeeley <nmcfeeley@eberle.com>
**Subject:** FW: Weismann photos taken by Goodell
**Importance:** High

Dear Joe and Neil,
Thank you for your cooperation in arranging the recent site inspection with Plaintiff to identify the significant exact location of her fall accident which is the subject of this suit.

As requested, please find the 2 photos of Plaintiff taken on our site inspection on 1/19/18 identifying the location of her fall accident on the SIDEWALK at the Costco store in Boise, not on the DRIVEWAY.

Also attached is a copy of the 2016-2017 contract between Costco-Stark, which clearly limits Stark's snow removal scope of plowing and de-icing to PARKING LOT only as only circled options, and specifically omits SIDEWALKS as an option which are not circled.

These undisputed facts evidence Costco retained exclusive control and responsibility of snow removal maintenance of sidewalks, and did not hire or pay Stark to perform such work. **Therefore Stark owed no legal duty to Plaintiff as a matter of law.**

Accordingly, this respectfully requests Plaintiff agree to voluntarily dismiss with prejudice Defendant Stark from the pending suit. If you concur, I would be pleased to prepare and stipulation and judgment to this effect and supply for all counsel to sign without delay.

Absent such voluntary dismissal, Defendant Stark will file a motion for summary judgment seeking the same relief, plus attorney fees and costs incurred which a voluntary dismissal will avoid.

Please advise.  Thank you.

Regards,
John

## John R. Goodell

Partner



**River Run Center**
600 E. Riverpark Lane, Suite 210
Boise, Idaho 83706
O:  (208)395-0011        F:  (208) 433-0167
D:  (208) 478-3487       E:  jrg@racinelaw.net
C:  (208) 406-4493        www.racinelaw.net

**CONFIDENTIALITY NOTICE** - This email and its attachments may contain information that is confidential, privileged, or otherwise protected from disclosure. If you believe this email may have been sent to you in error, please notify the sender immediately.

**From:** John Goodell [mailto:johnrgoodell@gmail.com]
**Sent:** Tuesday, January 23, 2018 9:48 AM
**To:** John Goodell <jrg@racinelaw.net>
**Subject:** Weismann photos taken by Goodell


<image001.jpg>


<image002.jpg>


Sent from my iPhone

---

**Total Control Panel**                                                                                          Login

To: joe@idahojustice.com          Remove this sender from my allow list
From: jrg@racinelaw.net

*You received this message because the sender is on your allow list.*

# EXHIBIT D

**Joseph Miller**

| | |
|---|---|
| **From:** | Neil McFeeley <nmcfeeley@eberle.com> |
| **Sent:** | Monday, January 29, 2018 3:34 PM |
| **To:** | Joseph Miller; John Goodell |
| **Cc:** | Shelly Miller |
| **Subject:** | RE: Weismann |

Gentlemen:

I do not have a signed copy of the contract at this point but as I have informed John, Costco agrees that if the accident occurred on the sidewalk then Stark has no responsibility.  Costco retained control over the sidewalk where Ms. Weismann alleges that she fell.  If that location remains her sworn testimony (i.e., she does not change her testimony to say that she fell on the driveway/road),  then Costco will not point to Stark as having any responsibility for clearing the sidewalk.

---

NEIL D. MCFEELEY
nmcfeeley@eberle.com

**EBERLE BERLIN**

Tel. 208.344.8535 / 208.947.3229 (direct)
Fax. 208.344.8542

Boise Plaza, 1111 W. Jefferson Street, Ste. 530
Post Office Box 1368
Boise, Idaho 83701-1368

http://www.eberleberlin.com

---

**From:** Joseph Miller [mailto:joe@idahojustice.com]
**Sent:** Friday, January 26, 2018 11:38 AM
**To:** John Goodell <jrg@racinelaw.net>; Neil McFeeley <nmcfeeley@eberle.com>
**Cc:** Shelly Miller <shelly@idahojustice.com>
**Subject:** RE: Weismann photos taken by Goodell

John:

Sorry for the delay.  Yes, I received the contract between Stark and Costco and I would agree, a contract between them that specifically excluded the sidewalks (where the fall clearly happened) would get Stark off the hook.  The problem I see here is that, unless I overlooked something, this contract is not signed by anyone from Costco.  So while sidewalks are apparently excluded, I don't know if someone from Stark filled that out pre-emptively, pending Costco approval, or if someone from Costco filed it out and neglected the signature.  Either way, I think it's premature to dismiss as to Stark until we know for sure Costco signed a contract excluding sidewalks.  If we have that, then yes, we'll dismiss as to Stark.  Maybe Neil wants to weigh in on this?

Sincerely,
Joseph C. Miller
**MAUK MILLER, PLLC**
515 S. 6th St.
P.O. Box 1743
Boise, ID 83701-1743
T | 208-287-8787
F | 208-287-8788
E | joe@idahojustice.com

*Excellence is a Habit*

***CONFIDENTIALITY NOTICE: *** This e-mail is intended only for the personal and confidential use of the individual(s) named as recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It may contain information that is privileged, confidential and/or protected from disclosure under applicable law including, but not limited to, the attorney client privilege and/or work product doctrine. If you are not the intended recipient of this transmission, please notify the sender immediately by telephone. Do not deliver, distribute or copy this transmission, disclose its contents or take any action in reliance on the information it contains.

**From:** John Goodell [mailto:jrg@racinelaw.net]
**Sent:** Thursday, January 25, 2018 1:23 PM
**To:** Joseph Miller <joe@idahojustice.com>; Neil McFeeley <nmcfeeley@eberle.com>
**Subject:** FW: Weismann photos taken by Goodell
**Importance:** High

Joe and Neil,
I trust you received my email below re voluntary dismissal with prejudice request. I neglected to put a time frame or deadline on any response. Technically, I suppose the request is directed to Plaintiff who filed the suit against Stark, not Costco. Thus I would request Plaintiff respond by Tuesday 1/30/18 by 5 pm, which seems like a reasonable time. If I don't hear from you, then I will assume it is necessary to file a MSJ and proceed. If Plaintiff agrees, I assume Costco has no position or does not oppose, but perhaps Neil can also confirm after Plaintiff's response is made if appropriate.
Thanks,
John

## John R. Goodell

Partner



**River Run Center**
600 E. Riverpark Lane, Suite 210
Boise, Idaho 83706
O: (208)395-0011        F: (208) 433-0167
D: (208) 478-3487       E: jrg@racinelaw.net
C: (208) 406-4493       www.racinelaw.net

**CONFIDENTIALITY NOTICE** - This email and its attachments may contain information that is confidential, privileged, or otherwise protected from disclosure. If you believe this email may have been sent to you in error, please notify the sender immediately.

**From:** John Goodell
**Sent:** Tuesday, January 23, 2018 10:17 AM
**To:** 'Joseph Miller' <joe@idahojustice.com>; Neil McFeeley <nmcfeeley@eberle.com>
**Subject:** FW: Weismann photos taken by Goodell
**Importance:** High

Dear Joe and Neil,
Thank you for your cooperation in arranging the recent site inspection with Plaintiff to identify the significant exact location of her fall accident which is the subject of this suit.

As requested, please find the 2 photos of Plaintiff taken on our site inspection on 1/19/18 identifying the location of her fall accident on the SIDEWALK at the Costco store in Boise, not on the DRIVEWAY.

Also attached is a copy of the 2016-2017 contract between Costco-Stark, which clearly limits Stark's snow removal scope of plowing and de-icing to PARKING LOT only as only circled options, and specifically omits SIDEWALKS as an option which are not circled.

These undisputed facts evidence Costco retained exclusive control and responsibility of snow removal maintenance of sidewalks, and did not hire or pay Stark to perform such work. **Therefore Stark owed no legal duty to Plaintiff as a matter of law.**

Accordingly, this respectfully requests Plaintiff agree to voluntarily dismiss with prejudice Defendant Stark from the pending suit. If you concur, I would be pleased to prepare and stipulation and judgment to this effect and supply for all counsel to sign without delay.

Absent such voluntary dismissal, Defendant Stark will file a motion for summary judgment seeking the same relief, plus attorney fees and costs incurred which a voluntary dismissal will avoid.

Please advise.  Thank you.

Regards,
John

## John R. Goodell
Partner



**River Run Center**
600 E. Riverpark Lane, Suite 210
Boise, Idaho 83706
O: (208)395-0011          F: (208) 433-0167
D: (208) 478-3487        E: jrg@racinelaw.net
C: (208) 406-4493        www.racinelaw.net

**CONFIDENTIALITY NOTICE** - This email and its attachments may contain information that is confidential, privileged, or otherwise protected from disclosure. If you believe this email may have been sent to you in error, please notify the sender immediately.

**From:** John Goodell [mailto:johnrgoodell@gmail.com]
**Sent:** Tuesday, January 23, 2018 9:48 AM
**To:** John Goodell <jrg@racinelaw.net>
**Subject:** Weismann photos taken by Goodell





Sent from my iPhone

---

**Total Control Panel**                                                                          Login

To: joe@idahojustice.com              Remove this sender from my allow list
From: nmcfeeley@eberle.com

*You received this message because the sender is on your allow list.*

Joseph C. Miller
MAUK MILLER, PLLC
515 S. 6th St.
Boise, ID 83702
Tel: (208) 287-8787
Fax: (208) 287-8788
e-mail: office@idahojustice.com
ISBN: 7485

Counsel for Plaintiff

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | | |
|---|---|---|
| STEPHANIE WEISMANN, | ) | Case No. CV01-17-21040 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SERVICE OF** |
| | ) | **PLAINTIFF'S FIRST REQUEST** |
| v. | ) | **FOR DISCOVERY TO** |
| | ) | **DEFENDANT** |
| COSTCO WHOLESALE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE IS HEREBY GIVEN that on the 20th day of February, 2018, a true and correct copy of PLAINTIFF'S FIRST REQUEST FOR DISCOVERY TO DEFENDANT, along with a copy of this Notice of Service, was delivered to Defendant via the method indicated below, addressed as follows:

Neil D. McFeeley          [ ]   U.S. Mail, postage prepaid
Eberle Berlin             [ ]   Hand-Delivered
P.O. Box 1368             [ ]   Overnight Mail
Boise, ID 83701-1368      [ ]   e-mail
E-mail: nmcfeeley@eberle.com   [ X ]   iCourt e-file system

DATED this 20th day of February, 2018.

MAUK MILLER, PLLC

Joseph C. Miller
Counsel for Plaintiff

**NOTICE OF SERVICE OF PLAINTIFF'S FIRST REQUEST FOR DISCOVERY | 1 of 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2018, I served a true and correct copy of the foregoing document by delivering the same to the following persons, by the method indicated below, pursuant to I.R.C.P.5(f):

Neil D. McFeeley                  [   ] U.S. Mail, postage prepaid
Bradley D. VandenDries       [   ] Hand-Delivered
Eberle Berlin                       [   ] Facsimile
P.O. Box 1368                      [   ] e-mail
Boise, ID  83701-1368          [ X ] iCourt e-file system
F:  208-344-8542
E-mail: nmcfeeley@eberle.com
E-mail: bvandendries@eberle.com

_____
Joseph C. Miller

**NOTICE OF SERVICE OF PLAINTIFF'S FIRST REQUEST FOR DISCOVERY | 2 of 2**

Joseph C. Miller
MAUK MILLER, PLLC
515 S. 6th St.
Boise, ID  83702
Tel: (208) 287-8787
Fax: (208) 287-8788
e-mail: office@idahojustice.com
ISBN: 7485

Filed:02/26/2018 14:01:47
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Deputy Clerk -Johnson, Inga

Counsel for Plaintiff

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE WEISMANN,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>COSTCO WHOLESALE   )<br>CORPORATION, a Washington   )<br>corporation doing business in Idaho   )<br>and all of its affiliates, subsidiaries,   )<br>agents and employees,   )<br>MIKE STARK dba STARK SPRINKLER   )<br>AND LANDSCAPE,   )<br>an Idaho business and all of its   )<br>affiliates, subsidiaries, agents and   )<br>employees.   )<br>_____   ) | Case No. CV01-17-21040<br><br>**ORDER TO DISMISS WITH<br>PREJUDICE** |

Based upon the STIPULATED MOTION TO DISMISS, filed herein, and for good cause appearing, now therefore

IT IS HEREBY ORDERED that the complaint against Defendant MIKE STARK dba STARK SPRINKLER AND LANDSCAPE be dismissed with prejudice.

DATED
Signed: 2/26/2018 01:54 PM

Peter Barton
District Judge

**ORDER TO DISMISS WITH PREJUDICE – 1 of 2**

## CLERK'S CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____26_____ day of February, 2018, I served a true and correct copy of the foregoing document by delivering the same to the following persons, by the method indicated below, pursuant to I.R.C.P.5(f):

Neil D. McFeeley
Bradley D. VandenDries
Eberle Berlin
P.O. Box 1368
Boise, ID  83701-1368
F: 208-344-8542
E-mail: nmcfeeley@eberle.com
E-mail: bvandendries@eberle.com

[  ] U.S. Mail, postage prepaid
[  ] Hand-Delivered
[  ] Facsimile
[ ✓ ] e-mail
[  ] iCourt e-file system


John Goodell
Racine Olson
600 E. Riverpark Lane, Suite 210
Boise, ID  83706
F: 208-433-0167
E-mail: jrg@racinelaw.net

[  ] U.S. Mail, postage prepaid
[  ] Hand-Delivered
[  ] Facsimile
[ ✓ ] e-mail
[  ] iCourt e-file system


Joseph C. Miller
Mauk Miller, PLLC
515 S. 6th St.
Boise, ID  83702
F: 208-287-8788
E-mail: office@idahojustice.com

[  ] U.S. Mail, postage prepaid
[  ] Hand-Delivered
[  ] Facsimile
[ ✓ ] e-mail
[  ] iCourt e-file system


CHRISTOPHER D. RICH

_____
Deputy Clerk

**ORDER TO DISMISS WITH PREJUDICE – 2 of 2**



Neil D. McFeeley, ISB #3564
**EBERLE, BERLIN, KADING, TURNBOW**
**& McKLVEEN, CHARTERED**
1111 West Jefferson Street, Suite 530
P. O. Box 1368
Boise, ID 83701
Telephone:    (208) 344-8535
Facsimile:    (208) 344-8542
nmcfeeley@eberle.com

Attorneys for Defendant Costco Wholesale Corporation


# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE N. WEISMANN, | Case No.  CV01-17-21040 |
| Plaintiff, | |
| -vs- | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| **COSTCO WHOLESALE CORPORATION**, a Washington corporation, and DOES I-X, unknown parties, | |
| Defendants. | |

TO:    Plaintiff above named and her counsel of record; and to the Clerk of the District Court of
the Fourth Judicial District of the State of Idaho, in and for Ada County:

PLEASE TAKE NOTICE that Defendant Costco Corporation filed on the 5th day of March,

2018, a Notice of Removal from State Court of the above-entitled cause from the District Court of

the Fourth Judicial District of the State of Idaho, in and for Ada County, to the United States

District Court for the District of Idaho, and said District Court of the Fourth Judicial District of the

State of Idaho, in and for Ada County, shall proceed no further unless the case is remanded.

**NOTICE OF REMOVAL TO FEDERAL COURT  - 1**
14982-18/00679254.000

A true and correct copy of the Notice of Removal From State Court is attached hereto as **Exhibit A**, and by this reference incorporated herein as if set forth in full.

DATED this <u>5TH</u> day of March, 2018.

EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED


By_____/s/ Neil D. McFeeley_____
Neil D. McFeeley, of the firm
Attorneys for Defendant
Costco Wholesale Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was electronically filed with the Fourth Judicial District County of Ada on the 5th day of March, 2018.  Notice will automatically be electronically mailed to the following individuals who are registered with the iCourt electronic filing system:

| | |
|---|---|
| Joseph C. Miller<br>MAUK MILLER, PLLC<br>515 S. 6th Street<br>Boise, ID  83702<br>*Attorneys for Plaintiffs* | Email:  office@idahojustice.com |

/s/ *Neil D. McFeeley*

Neil D. McFeeley

**NOTICE OF REMOVAL TO FEDERAL COURT  - 3**
14982-18/00679254.000

Neil D. McFeeley, ISB #3564
**EBERLE, BERLIN, KADING, TURNBOW**
**& McKLVEEN, CHARTERED**
1111 West Jefferson Street, Suite 530
P. O. Box 1368
Boise, ID 83701
Telephone:     (208) 344-8535
Facsimile:      (208) 344-8542
nmcfeeley@eberle.com

Attorneys for Defendant Costco Wholesale Corporation


# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

# STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STEPHANIE N. WEISMANN,<br><br>                    Plaintiff,<br><br>-vs-<br><br>**COSTCO WHOLESALE**<br>**CORPORATION**, a Washington<br>corporation, and DOES I-X, unknown<br>parties,<br><br>                    Defendants. | Case No.  CV01-17-21040<br><br>**NOTICE OF REMOVAL TO FEDERAL**<br>**COURT** |

TO:    Plaintiff above named and her counsel of record; and to the Clerk of the District Court of
the Fourth Judicial District of the State of Idaho, in and for Ada County:

PLEASE TAKE NOTICE that Defendant Costco Corporation filed on the 5th day of March,

2018, a Notice of Removal from State Court of the above-entitled cause from the District Court of

the Fourth Judicial District of the State of Idaho, in and for Ada County, to the United States

District Court for the District of Idaho, and said District Court of the Fourth Judicial District of the

State of Idaho, in and for Ada County, shall proceed no further unless the case is remanded.


**NOTICE OF REMOVAL TO FEDERAL COURT  - 1**
14982-18/00679254.000

A true and correct copy of the Notice of Removal From State Court is attached hereto as **Exhibit A**, and by this reference incorporated herein as if set forth in full.

DATED this <u>5TH</u> day of March, 2018.

EBERLE, BERLIN, KADING, TURNBOW
& McKLVEEN, CHARTERED

By   /s/ Neil D. McFeeley
Neil D. McFeeley, of the firm
Attorneys for Defendant
Costco Wholesale Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was electronically filed with the Fourth Judicial District County of Ada on the 5th day of March, 2018. Notice will automatically be electronically mailed to the following individuals who are registered with the iCourt electronic filing system:

| | |
|---|---|
| Joseph C. Miller<br>MAUK MILLER, PLLC<br>515 S. 6th Street<br>Boise, ID  83702<br>*Attorneys for Plaintiffs* | Email:  office@idahojustice.com |

/s/ *Neil D. McFeeley*

Neil D. McFeeley

**NOTICE OF REMOVAL TO FEDERAL COURT  - 3**
14982-18/00679254.000

